IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MASTER TEXTILE MILLS, LTD.,                 :
                                            :
                    *Plaintiff,*            :
                                            :
        v.                                  :        2:25-cv-00515
                                            :
RSA GLOBAL LOGISTICS, LLC,                  :
                                            :
                    *Defendant.*            :

AND NOW, this 27th day of April, the issues having been duly tried and decided by the Court, it is hereby ORDERED that judgment is entered in favor of Plaintiff Master Textile Mills, LTD. (Master) and against RSA Global Logistics, LLC (RSA). RSA is liable to Master for damages in the amount of $168,000.

BY THE COURT:

_____
GAIL A. WEILHEIMER, J.